# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-094-594**
Effective Date of Registration:
March 07, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** January 24, 2018 to February 06, 2018

**Title** _____

    **Title of Group:** Jackson Lee - 2018 Photos
**Number of Photographs in Group:** 667

- **Individual Photographs:** 1_24_18_LJNY (1).jpg, 1_24_18_LJNY (2).jpg, 1_24_18_LJNY (3).jpg, 1_24_18_LJNY (4).jpg, 1_24_18_LJNY (5).jpg, 1_24_18_LJNY (6).jpg, 1_24_18_LJNY (7).jpg, 1_24_18_LJNY (8).jpg, 1_24_18_LJNY (9).jpg, 1_24_18_LJNY (10).jpg, 1_24_18_LJNY (11).jpg, 1_24_18_LJNY (12).jpg, 1_24_18_LJNY (13).jpg, 1_24_18_LJNY (14).jpg, 1_24_18_LJNY (15).jpg, 1_24_18_LJNY (16).jpg, 1_24_18_LJNY (17).jpg, 1_24_18_LJNY (18).jpg, 1_24_18_LJNY (19).jpg, 1_24_18_LJNY (20).jpg, 1_24_18_LJNY (21).jpg, 1_24_18_LJNY (22).jpg, 1_24_18_LJNY (23).jpg, 1_24_18_LJNY (24).jpg, 1_24_18_LJNY (25).jpg, 1_24_18_LJNY (26).jpg, 1_24_18_LJNY (27).jpg, 1_24_18_LJNY (28).jpg, 1_25_2018_LJNY (1).jpg, 1_25_2018_LJNY (2).jpg, 1_25_2018_LJNY (3).jpg, 1_25_2018_LJNY (4).jpg, 1_25_2018_LJNY (5).jpg, 1_25_2018_LJNY (6).jpg, 1_25_2018_LJNY (7).jpg, 1_25_2018_LJNY (8).jpg, 1_25_2018_LJNY (9).jpg, 1_25_2018_LJNY (10).jpg, 1_25_2018_LJNY (11).jpg, 1_25_2018_LJNY (12).jpg, 1_25_2018_LJNY (13).jpg, 1_25_2018_LJNY (14).jpg, 1_25_2018_LJNY (15).jpg, 1_25_2018_LJNY (16).jpg, 1_25_2018_LJNY (17).jpg, 1_25_2018_LJNY (18).jpg, 1_25_2018_LJNY (19).jpg, 1_25_2018_LJNY (20).jpg, 1_25_2018_LJNY (21).jpg, 1_25_2018_LJNY (22).jpg, 1_25_2018_LJNY (23).jpg, 1_25_2018_LJNY (24).jpg, 1_25_2018_LJNY (25).jpg, 1_25_2018_LJNY (26).jpg, 1_25_2018_LJNY (27).jpg, 1_25_2018_LJNY (28).jpg, 1_25_2018_LJNY (29).jpg, 1_25_2018_LJNY (30).jpg, 1_25_2018_LJNY (31).jpg, 1_25_2018_LJNY (32).jpg, 1_25_2018_LJNY (33).jpg, 1_25_2018_LJNY (34).jpg, 1_25_2018_LJNY (35).jpg, 1_25_2018_LJNY (36).jpg, 1_25_2018_LJNY (37).jpg, 1_25_2018_LJNY (38).jpg, 1_25_2018_LJNY (39).jpg, 1_25_2018_LJNY (40).jpg, 1_25_2018_LJNY (41).jpg, 1_25_2018_LJNY (42).jpg, 1_25_2018_LJNY (43).jpg, 1_25_2018_LJNY (44).jpg, 1_25_2018_LJNY (45).jpg, 1_25_2018_LJNY (46).jpg, 1_25_2018_LJNY (47).jpg, 1_25_2018_LJNY (48).jpg, 1_25_2018_LJNY (49).jpg, 1_25_2018_LJNY (50).jpg, 1_25_2018_LJNY (51).jpg, 1_25_2018_LJNY (52).jpg, 1_25_2018_LJNY (53).jpg, 1_25_2018_LJNY (54).jpg, 1_25_2018_LJNY (55)
    **Published:** January 2018

- **Individual Photographs:** 1_25_2018_LJNY (56).jpg, 1_25_2018_LJNY (57).jpg, 1_25_2018_LJNY

Case 1:18-cv-03922-PKC    Document 1-2    Filed 05/01/18    Page 3 of 6

(24).jpg, 1_26_2018_LJNY (25).jpg, 1_26_2018_LJNY (26).JPG, 1_26_2018_LJNY (27).JPG, 1_26_2018_LJNY (28).JPG, 1_26_2018_LJNY (29).JPG, 1_26_2018_LJNY (30).JPG, 1_26_2018_LJNY (31).JPG, 1_26_2018_LJNY (32).JPG, 1_26_2018_LJNY (33).JPG, 1_26_2018_LJNY (34).JPG, 1_26_2018_LJNY (35).JPG, 1_26_2018_LJNY (36).JPG, 1_26_2018_LJNY (37).jpg, 1_26_2018_LJNY (38).jpg,

**Published:** January 2018

- **Individual Photographs:** 1_26_2018_LJNY (39).jpg, 1_26_2018_LJNY (40).jpg, 1_26_2018_LJNY (41).jpg, 1_26_2018_LJNY (42).jpg, 1_26_2018_LJNY (43).jpg, 1_26_2018_LJNY (44).jpg, 1_26_2018_LJNY (45).jpg, 1_26_2018_LJNY (46).jpg, 1_26_2018_LJNY (47).jpg, 1_26_2018_LJNY (48).jpg, 1_26_2018_LJNY (49).jpg, 1_26_2018_LJNY (50).jpg, 1_26_2018_LJNY (51).jpg, 1_26_2018_LJNY (52).jpg, 1_26_2018_LJNY (53).jpg, 1_26_2018_LJNY (54).jpg, 1_26_2018_LJNY (55).jpg, 1_26_2018_LJNY (56).jpg, 1_26_2018_LJNY (57).jpg, 1_26_2018_LJNY (58).jpg, 1_26_2018_LJNY (59).jpg, 1_26_2018_LJNY (60).jpg, 1_26_2018_LJNY (61).jpg, 1_26_2018_LJNY (62).jpg, 1_26_2018_LJNY (63).jpg, 1_26_2018_LJNY (64).jpg, 1_26_2018_LJNY (65).jpg, 1_26_2018_LJNY (66).jpg, 1_27_2018_LJNY (1).jpg, 1_27_2018_LJNY (1).JPG, 1_27_2018_LJNY (2).jpg, 1_27_2018_LJNY (3).jpg, 1_27_2018_LJNY (4).jpg, 1_27_2018_LJNY (5).jpg, 1_27_2018_LJNY (6).jpg, 1_27_2018_LJNY (7).jpg, 1_27_2018_LJNY (8).jpg, 1_27_2018_LJNY (9).jpg, 1_27_2018_LJNY (10).jpg, 1_27_2018_LJNY (11).jpg, 1_27_2018_LJNY (12).jpg, 1_27_2018_LJNY (13).jpg, 1_27_2018_LJNY (14).jpg, 1_27_2018_LJNY (15).jpg, 1_27_2018_LJNY (16).jpg, 1_27_2018_LJNY (17).jpg, 1_27_2018_LJNY (18).jpg, 1_27_2018_LJNY (19).jpg, 1_27_2018_LJNY (20).jpg, 1_27_2018_LJNY (21).jpg, 1_27_2018_LJNY (22).jpg, 1_27_2018_LJNY (23).jpg, 1_27_2018_LJNY (24).jpg, 1_27_2018_LJNY (25).jpg, 1_27_2018_LJNY (26).jpg, 1_27_2018_LJNY (27).jpg, 1_27_2018_LJNY (28).jpg, 1_27_2018_LJNY (29).jpg, 1_27_2018_LJNY (30).jpg, 1_27_2018_LJNY (31).jpg, 1_27_2018_LJNY (32).jpg, 1_27_2018_LJNY (33).jpg, 1_27_2018_LJNY (34).jpg, 1_27_2018_LJNY (35).jpg, 1_27_2018_LJNY (36).jpg, 1_27_2018_LJNY (37).jpg, 1_27_2018_LJNY (38).jpg, 1_27_2018_LJNY (39).jpg, 1_27_2018_LJNY (40).jpg, 1_27_2018_LJNY (41).jpg, 1_27_2018_LJNY (42).jpg, 1_27_2018_LJNY (43).jpg, 1_27_2018_LJNY (44).jpg, 1_27_2018_LJNY (45).jpg, 1_27_2018_LJNY (46).jpg, 1_27_2018_LJNY (47).jpg, 1_27_2018_LJNY (48).jpg, 1_27_2018_LJNY (49).jpg, 1_27_2018_LJNY (50).jpg, 1_27_2018_LJNY (51).jpg,

**Published:** January 2018

- **Individual Photographs:** 1_27_2018_LJNY (52).jpg, 1_27_2018_LJNY (53).jpg, 1_27_2018_LJNY (54).jpg, 1_27_2018_LJNY (55).jpg, 1_27_2018_LJNY (56).jpg, 1_27_2018_LJNY (57).jpg, 1_27_2018_LJNY (58).jpg, 1_27_2018_LJNY (59).jpg, 1_27_2018_LJNY (60).jpg, 1_27_2018_LJNY (61).jpg, 1_27_2018_LJNY (62).jpg, 1_27_2018_LJNY (63).jpg, 1_27_2018_LJNY (64).jpg, 1_27_2018_LJNY (65).jpg, 1_27_2018_LJNY (66).jpg, 1_27_2018_LJNY (67).jpg, 1_27_2018_LJNY (68).jpg, 1_27_2018_LJNY (69).jpg, 1_27_2018_LJNY (70).jpg, 1_27_2018_LJNY (71).jpg, 1_27_2018_LJNY (72).jpg, 1_27_2018_LJNY (73).jpg, 1_27_2018_LJNY (74).jpg, 1_27_2018_LJNY (75).jpg, 1_27_2018_LJNY (76).jpg, 1_27_2018_LJNY (77).jpg, 1_27_2018_LJNY (78).jpg, 1_27_2018_LJNY (79).jpg, 1_27_2018_LJNY (80).jpg, 1_27_2018_LJNY (81).jpg, 1_27_2018_LJNY (82).jpg, 1_27_2018_LJNY (83).jpg, 1_27_2018_LJNY (84).jpg, 1_27_2018_LJNY (85).jpg, 1_27_2018_LJNY (86).jpg, 1_27_2018_LJNY (87).jpg, 1_27_2018_LJNY (88).jpg, 1_27_2018_LJNY (89).jpg, 1_27_2018_LJNY (90).jpg, 1_27_2018_LJNY (91).jpg,

(52).jpg, 2_2_2018_LJNY (53).jpg, 2_2_2018_LJNY (54).jpg, 2_2_2018_LJNY (55).jpg, 2_2_2018_LJNY (56).jpg, 2_2_2018_LJNY (57).jpg, 2_2_2018_LJNY (58).jpg, 2_2_2018_LJNY (59).jpg, 2_2_2018_LJNY (60).jpg, 2_2_2018_LJNY (61).jpg, 2_2_2018_LJNY (62).jpg, 2_2_2018_LJNY (63).jpg, 2_2_2018_LJNY (64).jpg, 2_2_2018_LJNY (65).jpg, 2_2_2018_LJNY (66).jpg, 2_3_2018_LJNY (1).jpg, 2_3_2018_LJNY (2).jpg, 2_3_2018_LJNY (3).jpg, 2_3_2018_LJNY (4).jpg, 2_3_2018_LJNY (5).jpg, 2_3_2018_LJNY (6).jpg, 2_3_2018_LJNY (7).jpg, 2_3_2018_LJNY (8).jpg, 2_3_2018_LJNY (9).jpg,

**Published:** February 2018

- **Individual Photographs:** 2_3_2018_LJNY (10).jpg, 2_3_2018_LJNY (11).jpg, 2_3_2018_LJNY (12).jpg, 2_3_2018_LJNY (13).jpg, 2_3_2018_LJNY (14).jpg, 2_3_2018_LJNY (15).jpg, 2_3_2018_LJNY (16).jpg, 2_3_2018_LJNY (17).jpg, 2_3_2018_LJNY (18).jpg, 2_3_2018_LJNY (19).jpg, 2_3_2018_LJNY (20).jpg, 2_3_2018_LJNY (21).jpg, 2_3_2018_LJNY (22).jpg, 2_3_2018_LJNY (23).jpg, 2_3_2018_LJNY (24).jpg, 2_3_2018_LJNY (25).jpg, 2_3_2018_LJNY (26).jpg, 2_3_2018_LJNY (27).jpg, 2_3_2018_LJNY (28).jpg, 2_3_2018_LJNY (29).jpg, 2_3_2018_LJNY (30).jpg, 2_3_2018_LJNY (31).jpg, 2_3_2018_LJNY (32).jpg, 2_3_2018_LJNY (33).jpg, 2_3_2018_LJNY (34).jpg, 2_3_2018_LJNY (35).jpg, 2_3_2018_LJNY (36).jpg, 2_3_2018_LJNY (37).jpg, 2_3_2018_LJNY (38).jpg, 2_3_2018_LJNY (39).jpg, 2_3_2018_LJNY (40).jpg, 2_3_2018_LJNY (41).jpg, 2_3_2018_LJNY (42).jpg, 2_3_2018_LJNY (43).jpg, 2_6_2018_LJNY (1).jpg, 2_6_2018_LJNY (1).JPG, 2_6_2018_LJNY (2).JPG, 2_6_2018_LJNY (3).JPG, 2_6_2018_LJNY (4).JPG, 2_6_2018_LJNY (5).JPG, 2_6_2018_LJNY (6).JPG, 2_6_2018_LJNY (7).JPG, 2_6_2018_LJNY (8).JPG, 2_6_2018_LJNY (9).JPG, 2_6_2018_LJNY (10).JPG, 2_6_2018_LJNY (11).JPG, 2_6_2018_LJNY (12).JPG, 2_6_2018_LJNY (13).JPG, 2_6_2018_LJNY (14).jpg, 2_6_2018_LJNY (15).jpg, 2_6_2018_LJNY (16).jpg, 2_6_2018_LJNY (17).jpg, 2_6_2018_LJNY (18).jpg, 2_6_2018_LJNY (19).jpg, 2_6_2018_LJNY (20).jpg, 2_6_2018_LJNY (21).jpg, 2_6_2018_LJNY (22).jpg, 2_6_2018_LJNY (23).jpg, 2_6_2018_LJNY (24).jpg, 2_6_2018_LJNY (25).jpg, 2_6_2018_LJNY (26).jpg, 2_6_2018_LJNY (27).jpg, 2_6_2018_LJNY (28).jpg, 2_6_2018_LJNY (29).jpg, 2_6_2018_LJNY (30).jpg, 2_6_2018_LJNY (31).jpg, 2_6_2018_LJNY (32).jpg, 2_6_2018_LJNY (33).jpg, 2_6_2018_LJNY (34).jpg, 2_6_2018_LJNY (35).jpg, 2_6_2018_LJNY (36).jpg, 2_6_2018_LJNY (37).jpg, 2_6_2018_LJNY (38).jpg, 2_6_2018_LJNY (39).jpg, 2_6_2018_LJNY (40).jpg, 2_6_2018_LJNY (41).jpg, 2_6_2018_LJNY (42).jpg, 2_6_2018_LJNY (43).jpg, 2_6_2018_LJNY (44).jpg, 2_6_2018_LJNY (45).jpg,

**Published:** February 2018

- **Individual Photographs:** 2_6_2018_LJNY (46).jpg, 2_6_2018_LJNY (47).jpg, 2_6_2018_LJNY (48).jpg, 2_6_2018_LJNY (49).jpg, 2_6_2018_LJNY (50).jpg, 2_6_2018_LJNY (51).jpg, 2_6_2018_LJNY (52).jpg, 2_6_2018_LJNY (53).jpg, 2_6_2018_LJNY (54).jpg, 2_6_2018_LJNY (55).jpg, 2_6_2018_LJNY (56).jpg, 2_6_2018_LJNY (57).jpg, 2_6_2018_LJNY (58).jpg, 2_6_2018_LJNY (59).jpg, 2_6_2018_LJNY (60).JPG, 2_6_2018_LJNY (61).JPG, 2_6_2018_LJNY (62).JPG, 2_6_2018_LJNY (63).JPG, 2_6_2018_LJNY (64).JPG, 2_6_2018_LJNY (65).JPG, 2_6_2018_LJNY (66).JPG, 2_6_2018_LJNY (67).JPG, 2_6_2018_LJNY (68).JPG, 2_6_2018_LJNY (69).JPG, 2_6_2018_LJNY (70).JPG, 2_6_2018_LJNY (71).JPG, 2_6_2018_LJNY (72).JPG, 2_6_2018_LJNY (73).JPG, 2_6_2018_LJNY (74).JPG, 2_6_2018_LJNY (75).jpg, 2_6_2018_LJNY (76).jpg, 2_6_2018_LJNY (77).jpg, 2_6_2018_LJNY

circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VA0002094594
**Service Request #:** 1-6354273920

Liebowitz Law Firm, PLLC
Richard Liebowitz
11 Sunrise Plaza - Ste. 305
Valley Stream, NY 11580 United States