# EXHIBIT C




Feedback | Like 14.5M | Tuesday, May 1st 2018 12AM 48°F  3AM 49°F  5-Day Forecast

Home | U.K. | News | Sports | **U.S. Showbiz** | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Latest Headlines | U.S. Showbiz | U.K. Showbiz | Headlines | Arts | Pictures | Blogs | Video | TV Listings | Coupons | Login





# 'I've cancelled Oscars Sunday!': Chrissy Teigen mysteriously tweets she's not going to the Academy Awards and offers to give away her dress

By BOBBIE WHITEMAN FOR DAILYMAIL.COM
PUBLISHED: 15:50 EDT, 4 March 2018 | UPDATED: 18:34 EDT, 4 March 2018



12 shares

425 View comments




Her husband won an Oscar for Best Original Song with Glory from the movie Selma in 2015.

But **Chrissy Teigen** has revealed she won't be at the **Academy Awards** at

But **Chrissy Teigen** has revealed she won't be at the **Academy Awards** at Hollywood's Dolby Theatre on Sunday in a tweet she posted the same morning.

The 32-year-old Lip Sync Battle host, who is expecting a baby boy with John Legend, even offered to give away her event gown, saying: 'I have cancelled Oscars Sunday and am trying to track down the taco truck featured in Ugly Delicious.

**Scroll down for video**



**Glittering couple:** Chrissy Teigen hid her baby bump in a sequin dress as she and John Legend went to the Grammys in January but she has decided not to go to the Oscars on Sunday



 Like Daily Mail Celeb     +1 Daily Mail Celeb

 Follow @DailyMail     Follow Daily Mail Celeb

 Follow @DailyMailCeleb     Follow Daily Mail

**FEMAIL TODAY**


▸ Jessica Simpson puts on leggy display as she poses in bikini with husband Eric Johnson in Bahamas
The bikini clad star, 37, posed seductively


▸ Naked ambition! Ireland Baldwin bares all as she shares snap from sultry nude photoshoot
Covered her modesty with scribbles


▸ Beach babes! Bella Hadid pulls up her bikini bottoms while Hailey Baldwin looks cool in white as wild Miami trip continues
Soaking up the sun


▸ Harry's Meghan makeover: How the slimline prince has dropped his bachelor diet and cigarettes and swapped the army gym for the yoga mat


▸ Is Meghan Markle's mom preparing for an interview with Oprah? Doria Ragland visits chat show queen at her $88m mansion and emerges loaded with gifts


▸ Eddie is confronted by all THREE of his furious ex-wives as Lucious and Cookie try to oust him from Empire in tense new episode
*SPONSORED*







femail fashion finder — Shop for more >

## Dazzle them like Chrissy in a slinky silver sequin dress



Chrissy Teigen and John Legend are the King and Queen of the red carpet. The cutest couple ever always have their style on point, and at the 2018 Grammy's they really brought their A-game.

Chrissy stunned in a shimmering silver sequin YANINA couture dress with draping and a matching beaded belt. Talk about chic maternity wear! The glittering gown complemented his tux which was given a modern twist with a blue blazer. You can't buy the dress but check out the Russian fashion house on the right at Moda Operandi.

Get the look below with our edit from the likes of ASOS and Cheap Monday. Give us glitter, girls!

YANINA couture dress

Shop the look below...

Visit site

\* PRICES MAY NOT BE AS ADVERTISED


tense new episode
SPONSORED


▶ Megyn Kelly warns Tom Brokaw's defenders that 'you don't know what you don't know' after more than 60 NBC News staffers signed letter of support


▶ Ronnie Ortiz-Magro and Jen Harley get into physical altercation as couple 'call it quits' Jersey Shore star tried to wrestle the phone from her hands


▶ Caitlyn Jenner showcases long legs in blue jeans as she starts off week with routine coffee run Called into a Starbucks for her fix


▶ Travis Scott has 'stepped up' for Kylie Jenner and Stormi... and cherishes time with his daughter The parents are stronger than ever


▶ Sofia Richie, 19, showcases svelte frame in mom jeans while on stroll through Beverly Hills Showed off her figure in casual attire

ADVERTISEMENT

### ...NOW GET ONE LIKE IT FOR LESS


ASOS Ultimate sequin dress


Cheap Monday dress at ASOS

John Zack dress at ASOS



Visit site    Visit site    Visit site

Feedback  Like 14.5M                                                                 Tuesday, May 1st 2018  12AM 48°F    3AM 49°F    5-Day Forecast



| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV |

Latest Headlines   U.S. Showbiz   U.K. Showbiz   Headlines   Arts   Pictures   Blogs   Video   TV Listings   Coupons                    Login

ADVERTISEMENT

[Bruker INVENIO R advertisement]

○ Site  ○ Web   Enter your search

ADVERTISEMENT

# 'I've cancelled Oscars Sunday!': Chrissy Teigen mysteriously tweets she's not going to the Academy Awards and offers to give away her dress

By BOBBIE WHITEMAN FOR DAILYMAIL.COM
PUBLISHED: 15:50 EDT, 4 March 2018 | UPDATED: 18:34 EDT, 4 March 2018

**12** shares          **425** View comments

Her husband won an Oscar for Best Original Song with Glory from in 2015.

But **Chrissy Teigen** has revealed she won't be at the **Academy Awa** Hollywood's Dolby Theatre on Sunday in a tweet she posted the sa

The 32-year-old Lip Sync Battle host, who is expecting a baby boy even offered to give away her event gown, saying: 'I have cancelle and am trying to track down the taco truck featured in Ugly Delici

**Scroll down for video**

Expand  Close ×



▶  🔊   0:05 / 2:01                                                    f  ⌧  ✉  ⤴  ⤢




**FEMAIL TODAY**

▶ Jessica Simpson puts on leggy display as she poses in bikini with husband Eric Johnson in Bahamas
The bikini clad star, 37, posed seductively


▶ Naked ambition! Ireland Baldwin bares all as she shares snap from sultry nude photoshoot
Covered her modesty with scribbles


▶ Beach babes! Bella Hadid pulls up her bikini bottoms while Hailey Baldwin looks cool in white as wild Miami trip continues
Soaking up the sun


▶ Harry's Meghan makeover: How the slimline prince has dropped his bachelor diet and cigarettes and swapped the army gym for the yoga mat


▶ Is Meghan Markle's mom preparing for an interview with Oprah? Doria Ragland visits chat show queen at her $88m mansion and emerges loaded with gifts


▶ Eddie is confronted by all THREE of his furious ex-wives as Lucious and Cookie try to oust him from Empire in tense new episode
SPONSORED


▶ Megyn Kelly warns Tom Brokaw's defenders that 'you don't know what you don't know' after more than 60 NBC News staffers signed letter of support


▶ Ronnie Ortiz-Magro and Jen Harley get into physical altercation as couple 'call it quits'
Jersey Shore star tried to wrestle the phone from her hands

▶ Caitlyn Jenner showcases long legs in blue jeans as she starts off week with routine coffee run
Called into a Starbucks for her fix

▶ Travis Scott has 'stepped up' for Kylie Jenner and Stormi... and cherishes time with his daughter
The parents are stronger than ever

**Dazzle them like Chrissy in a slinky silver sequin dress**





▶ Sofia Richie, 19, showcases svelte frame in mom jeans while on stroll through Beverly Hills
Showed off her figure in casual attire

ADVERTISEMENT

▶ Blac Chyna, 29, hit with rumor that she is pregnant with the child of boyfriend YBN Almighty Jay, 18
She is already a mom-of-two

▶ Pierce Brosnan enjoys a casual cycle ride around Malibu with his wife Keely Shaye Smith
Pair soaked up the fresh air as they took to two wheels

▶ R. Kelly says allegations of sexual abuse are an 'attempted public lynching of a black man' after the Time's Up campaign calls for a boycott

▶ Loretta Swit, 80, looks impossibly glamorous as she reunites with M*A*S*H co-star Jamie Farr at Daytime Emmys
Pair were a key part of the huge series

Kim Kardashian says Twitter is 'better place' with Kanye West as

+4

Read more →

**Glittering couple:** Chrissy Teigen hid her baby bump in a sequin dress as she and John Legend went to the Grammys in January but she has decided not to go to the Oscars on Sunday



▶ **Chrissy and John despair at tweets**
Is supporting her husband

▶ **Heidi Klum, 44, holds hands with beau Tom Kaulitz, 28, as new couple enjoy romantic date in Germany**
Pair looked loved-up before dinner in Berlin

▶ **Princess Olympia of Greece and Sistine Stallone show of their toned midriffs during a shoot with Ansel Elgort's film director brother Warren**

▶ **Kaley Cuoco wishes her Big Bang Theory co-star and former beau Johnny Galecki a happy 43rd birthday on Instagram**

- 
- 
- 




**Dazzle them like Chrissy in a slinky silver sequin dress**

▶ **Meg Ryan and John Mellencamp shop together in SoHo... after ex Dennis Quaid finalizes his divorce**
Things are still going strong between them

▶ **Kristen Bell honors 23 gymnasts for standing up against abuse at FGSD Humanitarian Awards 2018**
Paid tribute to their bravery in LA

ADVERTISEMENT





YANINA couture dress

Shop the look below...

Visit site

Chrissy Teigen and John Legend are the King and Queen of the red carpet. The cutest couple ever always have their style on point, and at the 2018 Grammy's they really brought their A-game.

Chrissy stunned in a shimmering silver sequin YANINA couture dress with draping and a matching beaded belt. Talk about chic maternity wear! The glittering gown complemented his tux which was given a modern twist with a blue blazer. You can't

- Chadwick Boseman, Tom Holland and Samuel L Jackson get roasted in Avengers-themed Mean Tweets
The stars were mocked online

- Sienna Miller looks effortlessly chic in boyfriend jeans and leather jacket as she hails a cab in NYC
Showed off her flair while running errands

- Celebrity trainer Tracy Anderson's hedge fund manager fiance leaves her amid rumors that she is PREGNANT with his child
Expecting?

- Peta Murgatroyd leaves the stage mid show after losing the 'feeling in her arms and legs'
The DWTS vet is currently on tour

- The 'Most Beautiful Girl in the World' who turned her back on Hollywood to care for her brother: Tragic story of Twin Peaks' Pamela Gidley who has died at 52

- Kanye West shares cute snap of Saint kissing baby Chicago... as Kim gushes he is 'so sweet with her'
The 40-year-old rapper took to Twitter

- Evangeline Lilly heads up Ant-Man and the Wasp poster featuring first glimpse of Michelle Pfeiffer
Flick is set to hit the screens in July

- Newlyweds Shanina Shaik and DJ Ruckus jet to Miami to party with models Bella Hadid and Hailey Baldwin at world famous nightclub

- Tom Hanks shares photos from 1988 and 2018 to celebrate 30 YEAR wedding anniversary to Rita Wilson

- Britney Spears performs raunchy dance moves in booty

buy the dress but check out the Russian fashion house on the right at Moda Operandi.

Get the look below with our edit from the likes of ASOS and Cheap Monday. Give us glitter, girls!

* PRICES MAY NOT BE AS ADVERTISED

...NOW GET ONE LIKE IT FOR LESS

   

  

**Here's how she shared the news:** The 32-year-old Lip Sync Battle host took to Twitter offering to give away her Oscars frock and asking about a taco truck

Video playing bottom right...

ADVERTISING

▶ shorts and sports bra in new video
Oops she did it again

ADVERTISEMENT

▶ **Brody Jenner's fiancee Kaitlynn Carter celebrates Bachelorette party with her MOM on Colombian islet**
The pair are set to tie the knot in June

▶ **Emma Thompson keeps warm in a black quilted coat and slippers as she takes a break from filming Late Night**
Actress looked relaxed in the Big Apple

▶ **Princess Olympia of Greece strikes a pose in a peach gown as she and her brothers star in a regal photo shoot featuring young royals from around the world**

▶ **Bill Cosby sealed his own fate: Juror says the disgraced comedian's own deposition about Quaaludes convinced him he was guilty of sexual assault**

▶ **Can YOU guess who they are? Fresh-faced stars are unrecognizable in the old headshots they used while trying to make it in Hollywood**

'Does anyone around 6 months pregnant need a dress?

No word on why she's decided not to go or whether she got a taker for her frock.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

- 'We have no idea what you're talking about': Chrissy Teigen...
- Chrissy Teigen covers up baby bump in long black outfit...

But about six minutes after her first post she added a second one, tweeting: 'FOOD AND WINE to the rescue!! taco truck is mariscos jalisco #2'

+4

**Ask and ye shall receive: Food And Wine replied just minutes later with a link to the Mariscos Jalisco truck**

▸ Taylor Swift enjoys one day off poolside with her dancers ahead of grueling Reputation Stadium Tour
Tour team jumped into the pool from the balcony

▸ SNL's Aidy Bryant and comedy writer Conner O'Malley finally get married after 10-year romance
She is co-starring in I Feel Pretty

▸ 'I can't imagine my life without him': Hilary Duff says she doesn't mind her stretch marks and changing breasts because they are 'battle wounds' from having her son Luca

▸ 'I used an ATM shortly after Liv Tyler': People share their mundane celebrity encounters, from supermarket sightings to conversations about the BATHROOM

▸ Hangin' with the in crowd! Former first daughter Sasha Obama, 16, smiles backstage with pregnant rapper Cardi B and her fiancé Offset

▸ Battle of the rocks! Meghan and Eugenie are driving sales of replica engagement rings - and their designs are MORE popular than Kate and Pippa's

▸ PICTURE EXCLUSIVE: Gigi Hadid and Zayn Malik prove to be back on again with passionate kiss
Out walking in New York City on Sunday

▸ Stormy Daniels sues President Trump for defamation for calling sketch of man who allegedly threatened her a 'con job'
She claims to have had affair with Trump

▸ Cover-up! Jennifer Lawrence concealed massive pizza stain on silk dress with an orange clutch at Derby Week
She is 27

▸ Bill Cosby accuser and former Playboy model Victoria Valentino says the comedian should endure the same treatment he inflicted on his victims while in prison

ADVERTISEMENT

**Pregnancy craving: Chrissy added another tweet saying, 'That was easy'**



And a minute later the beautiful brunette added a third tweet saying: 'THAT WAS EASY @MARISCOSJALISCO.'

Chrissy didn't mention whether her 39-year-old crooner beau would be at the Oscars this time around and there was no indication on his social media sites.

Last year she donned a white lacy goddess-style gown with a low-cut back and a long train when she and John walked the red carpet at the awards.

+4

**Oscar style: Last year she donned a white lacy goddess-style gown with a low-cut back and a long train when she and John walked the red carpet at the awards**

She and John are getting ready to welcome their second child in June, who will be a little brother for their daughter Luna, who turns two in April.

▶ **Ronnie Ortiz-Magro apologizes to girlfriend Jen after Jersey Shore star sparks social media war**
Offered a bit of an explanation

▶ **'People treated me like I had a skin disorder': Model who was bullied over her freckles as a child proudly shows off her face as she explains how she's come to embrace her looks**

▶ **Denise Austin, 61, shares workout video with mini-me daughter Katie... after bathing suit reveal**
The 61-year-old workout guru

▶ **Justin Timberlake brings Jessica Biel and his MOM to join NSYNC while receiving star on Walk Of Fame**
The boy band broke up back in 2002

▶ **Smiling Kanye meets with right-wing commentators Candace Owens and Charlie Kirk after his glowing praise of President Trump**
In LA

▶ **'I can't believe Trump is pro-life. I'm pretty positive Eric is an abortion': Michelle Wolf deleted thousands of tweets including a post in which she called**

The former model revealed the baby's sex in an ultrasound she posted on Twitter on Saturday evening.

'Hello I'm a bebe boy kinda,' she captioned the 3-D image.

+4

**'Hello I'm a bebe boy kinda':** She and John will welcome their second child in June. The former model revealed the baby's sex in an ultrasound she posted on Saturday

ADVERTISEMENT

### Share or comment on this article:

**12** shares

*Sponsored Links by Taboola*


**Give Your Wardrobe A Refresh**


**Here's Why Guys Are**

**Most Iconic Line Of All Time,**

- Serena Williams a man
- **Chloe Moretz cuts a casual figure in a red jacket and ripped jeans for family lunch... after Brooklyn Beckham split** The actress continued to heal her heartache
- **'Working out with grandpa!' Lara Trump shares a precious video of her seven-month-old son Luke struggling to roll over while at the gym with her father Robert**
- **Best dressed guest! As wedding season approaches, shop FEMAIL's roundup of fashionable and affordable formal dresses for as low as $29**
- **Special-needs cell, inmate chaperone and extra security: What could Bill Cosby expect if he is sentenced to prison time after guilty verdict**

ADVERTISEMENT

- **Real-life Notebook! Famed handbag designer to the stars Judith Leiber and her artist husband of 72 years die just hours apart, both 97**
- **Stripped! Kim Kardashian shares MORE nude photos as she calls new fragrance a 'narcotic elixir'** New KKW Body fragrance goes on sale Monday
- **Claire Danes hides baby bump in coat alongside husband Hugh Dancy as they laugh with Sienna Miller** The Homeland star, 42, is 'deep into her second trimester'
- **Bella Hadid and Hailey Baldwin show off their model legs as they step out for lunch in Miami** The models continued their Miami adventures on Monday
- **Orlando Bloom gushes over girlfriend Katy Perry as he calls her a 'remarkable human being' after reigniting their on-off romance** Had a year apart

From Macy's
Macy's

Obsessed With This Underwear…
The Weekly Brief | Mack Weldon

But He Was Never Meant To Say It In The First Place
Worldemand


23 Baby Names Parents Say They Regret Giving Their Kids
CafeMom


NCIS Star Cote de Pablo Is No Longer An Actress, Or Even Close
Greeningz


7 Yoga Poses You Should Do First Thing In The Morning
Work + Money

See Amal Clooney's Impossibly Chic Style Transformation
StyleBistro


There Are 7 Types of Irish Last Names — Which One Is Yours?
Ancestry


Farmer Thinks He Found Kittens But They Grow Into Something Else
PP Corn

**MOST WATCHED NEWS VIDEOS**   Embed this

Woman claims to be mistreated by airlines
Jeff Bezos successfully launches EIGHTH
Car drives into crowd outside Newport
Wendy Schmidt super yacht Elfje sailing at

Sex offender tied to bench by locals after
The horror behind dairy farms as calves
World record breaking wave wins XXL surfing
Daily Mail uncovers pharmacist illegally

**YOU MAY LIKE**   Sponsored Links by Taboola

**The 20 Richest News Anchors in the World**
Moneyinc

**The Hardest Quiz A Baby Boomer Will Ever Take**
PastFactory

**Man Comes To Adopt Pit Bull At Shelter, But She Refused To Let Go Of Her Best Friend**
Life Buzz

**MOST READ NEWS**

### Sidebar

▶ Kim Kardashian admits Kanye West was playing 'his favorite game' Connect Four during Chicago's birth
Revealed during a sit-down with Ellen DeGeneres

▶ Model behavior! Suki Waterhouse flashes her legs in semi-sheer gown as she steps out with male pal in New York City
She sizzled

▶ Laura Prepon looks chic as she steps out with fiancé Ben Foster and their baby girl Ella in New York City
They took a stroll in the Big Apple

▶ One day I'll be a princess! Intimate snaps of a young Meghan show what life was really like for her growing up - including one of her in a fairytale dress

▶ Meghan Markle's replacement Katherine Heigl starts filming Suits (and it sure is tiring work!)
Scored major role on the eighth season

ADVERTISEMENT

▶ Charlie Sheen racks up hefty debt and 'owes the government' nearly $5million in back taxes from 2015
The 52-year-old actor owes money

▶ Bella Hadid and Hailey Baldwin continue their love fest in Miami with kissing photo
They raised eyebrows this weekend as they straddled each other

▶ Lena Dunham poses nude with body paint on for her artist MOTHER as she tries to emulate Audrey Hepburn
The 31-year-old Girls actress

▶ Corinne Bailey Rae wows in crushed velvet jumpsuit as she joins Tito Jackson at Jazz FM Awards
At the awards in London on Monday

▶ EXCLUSIVE: Kellie Pickler jokes about stealing a trophy at the Daytime Emmys... before revealing her surprisingly low-key hobby

▶ Kim Kardashian models torn denim jacket for

Back to top

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location | Discount Codes | Coupons

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Contact us   How to complain   Advertise with us   Contributors   Work with Us   Terms   Privacy policy & cookies

http://www.dailymail.co.uk/tvshowbiz/article-5460993/Pregnant-Chrissy-Teigen-tweets-shes-cancelled-Oscars-Sunday.html   37/37