UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JACKSON LEE,

              Plaintiff,

             -against-

ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED,
              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 18 Civ. 3922 (PKC)

ECF Case

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE,** Thomas B. Sullivan, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendant Associated Newspapers (U.S.A.) Limited. Any and all further correspondence directed to this entity regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: New York, New York
       May 23, 2018

Respectfully submitted,

BALLARD SPAHR LLP

By: _/s/ Thomas B. Sullivan_
    Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 223-0200
Fax: (212) 223-1942
sullivant@ballardspahr.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

>  /s/ Thomas B. Sullivan
> Thomas B. Sullivan