# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2018

May 23, 2018

**MEMO ENDORSED**

*Time to respond extended to June 25, 2018. Conference adjourned from July 6 to August 28, 2018 at 11:45 a.m. SO ORDERED. /s/ PKC USDJ 5-24-18*

*By Electronic Filing*

Hon. P. Kevin Castel
U.S. District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Lee v. Associated Newspapers (U.S.A.) Limited*, No. 18 Civ. 3922 (PKC)

Dear Judge Castel:

We represent Defendant Associated Newspapers (U.S.A.) Limited ("Associated Newspapers") in this matter. To allow us additional time to prepare Associated Newspapers' response and explore a possible resolution, we write pursuant to Rule 1(B) of this Court's Individual Practices to request that the deadline for Associated Newspapers to answer or otherwise respond to the complaint, currently May 24, 2018, be extended to June 25, 2018. Associated Newspapers has not previously sought an adjournment or extension of time, and the requested extension will not affect any other scheduled dates. We further request that the initial conference in this case, currently scheduled for July 6, 2018, be adjourned to a date at least 14 days after the answer would be due. Plaintiff's counsel has consented to this request.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc:   James Freeman, Esq., counsel for Plaintiff