UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEE

                Plaintiff,

       vs.

ASSOCIATED NEWSPAPERS (USA) LTD.

             Defendant.

Case No. 1:18-CV-3922 (PKC)

ECF CASE

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

      PLEASE TAKE NOTICE, that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Jackson Lee, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, <u>without</u> prejudice against the defendant Associated Newspapers (USA) Ltd.

Dated: June 15, 2018

                LIEBOWITZ LAW FIRM

                By:   **<u>s/jameshfreeman/</u>**
                      James H. Freeman

                11 Sunrise Plaza, Suite 305
                Valley Stream, NY 11580
                (516) 233-1660

                *Attorneys for Jackson Lee*